UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-590 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA PAULSEN,<br><br>Defendant,<br><br>ACCOMMODATING CARE, INC.,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about December 10, 2001.

On or about December 14, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 1, 2002. The Answer filed by the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. However, those wages already being subject to two previous garnishment orders totaling the maximum amount allowable by law, this Court concludes there is

MAR 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

insufficient wages left for this garnishment action.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on Accommodating Care, Inc. is hereby released.

Dated: 3/5/02

Magistrate Judge
United States District Court